

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00159-CR

| | | |
|---|---|---|
| MICHAEL TREMAINE SCHEXNAYDER, Appellant | § | On Appeal from the 432nd District Court |
| | § | of Tarrant County (1533266D) |
| V. | § | August 8, 2019 |
| | § | |
| THE STATE OF TEXAS | § | Per Curiam |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM